IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF HAWAII

| | | |
|---|---|---|
| PAMELA ESCALONA, | ) | CV 12-00370 HG-RLP |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| ANIMAL CLINIC OF | ) | |
| HONOLULU; DR. MATT LEARA; | ) | |
| AND DR. KRISTEN KUNIMOTO, | ) | |
| | ) | |
| Defendants. | ) | |
| _____ | ) | |

## ORDER ADOPTING MAGISTRATE JUDGE'S FINDINGS AND RECOMMENDATION (Doc. 9)

Findings and Recommendation having been filed and served on all parties on July 05, 2012, and no objections having been filed by any party,

IT IS HEREBY ORDERED AND ADJUDGED that, pursuant to Title 28, United States Code, Section 636(b)(1)(C) and Local Rule 74.2, the Findings and Recommendation (Doc. 9) are adopted as the opinion and order of this Court.

IT IS SO ORDERED.

Dated: July 30, 2012, Honolulu, Hawaii.



/S/ Helen Gillmor
_____
Helen Gillmor
United States District Judge